Mark Anthony Maldanado
Name and Prisoner/Booking Number

A.S.P.C. Buckley
Place of Confinement

P.O Box 3400
Mailing Address

Buckeye Arizona 85008
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ____ LODGED
____ RECEIVED ✓ COPY

JUL 3 0 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE 9 a.14 -1)
(Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Director David Schinn,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Jhon Doe,
(Full Name of Defendant)

(2) Jhon Doe,

(3) Jhon Doe,

(4) Jhon Doe,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1 A listing them.

CASE NO. CV20-01514-PHX-GMS--JZB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Arizona State Prison Lewis-Buckley unit

## B. DEFENDANTS

1. Name of first Defendant: **Director David Schinn**. The first Defendant is employed as: **Director of ADOC** at **Central office**
   (Position and Title) (Institution)

2. Name of second Defendant: **Jhon Doe**. The second Defendant is employed as: **Director of Centerion** at **1620 W. Jefferson**
   (Position and Title) (Institution)

3. Name of third Defendant: **Jhon Doe**. The third Defendant is employed as: **Complex Warden** at **ASPC-Lewis Complex**
   (Position and Title) (Institution)

4. Name of fourth Defendant: **ADOC. ECT Gtl.**. The fourth Defendant is employed as: _____ at _____
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th, 4th 14th Amendment Rights.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: ___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was brought into the RTH housing Unit January of 2020 I was diagnosed with (HCPC) as well as Medical issues to date. Nothing has been done about this which shows with exibits "HUR" and Medical Jargon That has not been explained to defer Plaintiff. As well Numerous HUR have been Addressed to Medical about my Cronic illness and they are failing to treat me with life saveing Medication as a result my Disease is progressing without Treatment I will die and I have a good life awaiting me 1/5/2022 is my release date and I have followed prerequisites to participate in Treatment

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   ADOC and Centerion are failing to treat my Chronic HePC and my Disease is progressing which is causing Irrepairable Damage without Treatment.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. They have not responded and fail to even process Informal/and formal complaints.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was put in RTH pod without being sanctioned by Disciplinary to date. These Administrator's have violated protected rights that I have. I have been cut off from family, friends, loved one's. No calls - no visits - no contact at all. I am a X Mexican Mafia Member and as a result of "highly sensitive" Altercations at this facility I have been paraded in front of 200 to 300 inmates daily to chow and back which is a direct threat to my safety, because my issues stem from this correctional institution. These Defendants do not care about personal safety issue as prisoner have been attacked within RTH refuse to house cell block with hits being paid to prisoner. I fear retalitory action so I will stop here.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have suffered emotional and mental anguish resulting in anxiety and severe depression and sever mental trauma.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I have tryed to communicate with staff. They are directly involved with threat to safty

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: Access To Courts

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   IT Took ADOC 36 days for This packet To Arive I am a Layman of Law and I have Tryed To Obtain Legal Research Material To help with These Issues I Know I have sufferd In The Interim with huge breaks In Time spend pertaining To being Able To Communicate with Court's and ADOC has Made it Virtuly Impossible for Me To Communicate with Anyone for That Matter Including This Honorable Court

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   My Right To have free Access To Courts And To be free from Reprisal all These Issues are Inner Connected and because of This harmful error at hands ADOC Officals My Situation has become worse

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ADOC is Unwilling To Communicate with Me on These Civil Violation

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

I want to be Released from L48 Buckley II to Arizona State Prison Safford Unit. This is the only institution I can house at due to Equal Protection under Law. Administration is aware of these issues and Refuses to Accomodate. I pray Court Interviens on behalf of plantiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7 · 18 · 20
                   DATE

_____
SIGNATURE OF PLAINTIFF

Derrin J. Weber
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.